*Wednesday, March 26, 1997*

## MERIT DOCKET

**96–2775. MCI Telecommunications Corp. v. Pub. Util. Comm.**
Public Utilities Commission, No. 95–790–TP–COI. Appellant not having set forth in its notice of appeal the final order of the commission on rehearing, the court is without jurisdiction to hear appellant's appeal, and the case is dismissed *sua sponte.* See R.C. 4903.13, *Hall China Co. v. Pub. Util. Comm.* (1977), 50 Ohio St.2d 206, 4 O.O.3d 390, 364 N.E.2d 852, and *Senior Citizens Coalition v.*

*Pub. Util. Comm.* (1988), 40 Ohio St.3d 329, 533 N.E.2d 353.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.